UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Steven C. Mannion |
| v. : | Mag. No. 13-6053 |
| MICHAEL ALLEN BARR : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant U.S. Attorney), and defendant Michael Allen Barr (by Candace Hom, Esq.), for an order granting a ninth continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and seven continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial; and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the additional continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to complete the negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Defendant has consented to this continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 16th day of September, 2014

ORDERED that this action be, and it hereby is, continued for a period of 60 days from September 16, 2014; and it is further

ORDERED that the period from September 16, 2014, through November 15, 2014, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Hon. Steven C. Mannion
United States Magistrate Judge

13-6053

Form and entry consented to:

_____
Charlton A. Rugg
Assistant U.S. Attorney

_____
John Gay
Deputy Chief, Criminal Division

_____
Candace Hom, Esq.
Counsel for defendant Michael Allen Barr